DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG R. ZOBEL,**
Appellant,

v.

**ANN M. ZOBEL,**
Appellee.

No. 4D16-3854

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John L. Phillips, Judge; L.T. Case No. 2005DR004553XXXXNB.

Ralph T. White of Law Office of R.T. White West Palm Beach, for appellant.

Kathryn M. Beamer of Kathryn M. Beamer, P.A., North Palm Beach, and Deanna V. Shuler of Deanna V. Shuler, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***